HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT REYNOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT REYNOSO,<br><br>Defendant. | Case No. 1:23-cr-00206-KES<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
|---|---|

The motion for early termination of supervised release is GRANTED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Robert Reynoso's term of supervised release, effective immediately.

IT IS SO ORDERED.

Dated:   August 21, 2025

_____
UNITED STATES DISTRICT JUDGE